IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DESTINY RICHARDSON-GRAVES** | : | CIVIL ACTION NO. 1:14-cv-155 |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| **EMPIRE BEAUTY SCHOOL, et al.** | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a September 5, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab.

2) The Defendants' Motions to dismiss the complaint (Doc. Nos 4 & 6), are **GRANTED** to the extent that the federal claims be dismissed.

3) The state-law claims are **REMANDED** to the Court of Common Pleas of Dauphin County, Pennsylvania.

4) The Clerk of Court shall **CLOSE** the case.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

Dated: September 23, 2014.